IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ASHLEY F. GERBIG,<br><br>　　　　　　　Defendant. | 8:13CR83<br><br>**ORDER** |

This matter is before the court on Stipulation of the Plaintiff, United States of America, the Defendant, Ashley F. Gerbig, and the Claimant, Stanley Gerbig.  The parties agree that 75 weapons seized by The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) should be returned to Stanley Gerbig, and Stanley Gerbig forfeits his claim to the additional 67 weapons maintained by ATF.  The Make, Model, Caliber, Serial Number, and Claim Number of the weapons to be returned to Stanley Gerbig are contained in the Stipulation (Filing #21).  The Stipulation [21] is adopted by the Court.

　　　IT IS ORDERED:

　　　1.　　The Stipulation [21] is hereby adopted by the Court.

　　　2.　　The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) shall return the 75 weapons described and agreed upon in the Stipulation [21] to Stanley Gerbig.

　　　Dated this 12th day of August, 2013.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　s/ F.A. Gossett, III
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge